**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLARENCE J. ROBINSON,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL NO. 3:CV-11-0631** |
| v. : | |
| : | **(Judge Caputo)** |
| **REGIONAL DIRECTOR J.L.** : | |
| **NORWOOD**, *et al.*, : | |
| : | |
| Defendants : | |

**O R D E R**

**AND NOW**, this **8th** day of **APRIL, 2013**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Doc. 13), is **GRANTED**.

2. Plaintiff's Motions to Amend (Docs. 36, 47 and 57) are **DENIED**.

3. The Clerk of Court is directed to enter judgment in favor of defendants Norwood, Bledsoe and Watts and against Plaintiff.

4. The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　　　　**/s/ A. Richard Caputo**
　　　　　　　　　　　　　　　　　　　　**A. RICHARD CAPUTO**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**